UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW and STACY SERICATI, a married couple; PAUL and BECKY ROWAN, a married couple; ERIC S. ROSSMAN and TIFFANY R. ROSSMAN, a married couple; ROSS LAMM and LESLIE PRESTON, a married couple; and MICHAEL and EMILY KEIM, a married couple,<br><br>                Plaintiffs,<br>   v.<br><br>ADA COUNTY HIGHWAY DISTRICT, a body politic corporate of the State of Idaho,<br><br>                Defendant. | Case No.  1:17-cv-00124-BLW<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER having come before the Court by Stipulated Motion to Dismiss with Prejudice (Dkt. 17), the Court having considered the Stipulated Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all claims in the above-entitled matter are hereby **DISMISSED WITH PREJUDICE**.  Each party is ordered to pay her, his, or its own attorneys' fees and costs.

**ORDER FOR DISMISSAL WITH PREJUDICE -  1**



DATED: July 24, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER FOR DISMISSAL WITH PREJUDICE - 2**